# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07-1237

FXC
15 BB
MW

No Fee paid
NO IFP

Jonathan Lee Riches© A/K/A
"MARATHON JON"

Plaintiff

CIVIL NO.

v.

INTERNATIONAL OLYMPIC COMMITTEE "IOC";
U.S. OLYMPIC COMMITTEE "USOC";
2008 BEIJING OLYMPICS;
THE SPECIAL OLYMPICS;
U.S. ANTI-DOPING AGENCY;
LANCE ARMSTRONG d/b/a TOUR DE FRANCE CYCLING CHAMPION,

DEFENDANTS

2007 SEP 13 PM 2:26
CLERK US DISTRICT COURT

## Civil Complaint
"discrimination of my TALENTS"
"TRO TEMPORARY Restraining order"

Comes Now the Plaintiff, Jonathan Lee Riches© A/K/A "Marathon Jon", in pro-se, Moves this Honorable Court to issue an order for Defendants named in this suit to respond. This suit is violations of the Americans with Disabilities Act 42 USC 12101, violations of the Rehabilitation Act of 1973, 29 USC 794, civil rights act of 1964 42 USC 2000, EEO Equal Employment opportunity violations, Identity Theft, 6th and 8th amendment violations, and treason. Plaintiff moves this Court for a restraining order against Defendants. Plaintiff seeks $822,000,694.08 million from Defendants. Plaintiff requests a Jury trial. Relief I pray for

Plaintiff, Jonathan Lee Riches© A/K/A "MARATHON JON" is a 4 time MR. Olympia (1999,02,03,04), and Marathon world record holder currently residing at a concentration camp FCI Williamsburg, Salters, South Carolina

### 1

On May 10, 2006 - I ran a 3.38 minute mile around the FCI Williamsburg rec yard. I've been on Runners World and Running Man magazine 10 times. I sent my run results and urine sample to Defendant's and I'm still being discriminated against because they won't let me enter the 2008 Olympics.

June 8, 2007 - I ran 26.2 miles in 1 hr 58 minutes smashing any record worldwide. Defendant's won't let me join the Olympics because I'm white.

### 2

Lance Armstrong gave me head cancer on Feb 22, 2007. Defendants are forbidding me to race at Churchill Downs.

On Jan 15, 2006 - FCI Williamsburg has no Olympic size pool to practice my breast stroke, only puddles with no life guards on duty.

On June 18, 2007 Defendants sent Tonya Harding to break my knee caps.

### 3

The "USOC" and "IOC" have a rule book. The rules say anyone who has had their 6th and 8th amendment rights violated under Booker/fan fan cannot join the Olympics. On Jan 1, 2007 I sent them a letter asking for a exemption and a Anti doping hearing. May 10, 2007 - I got a letter back from the "IOC". Their response was "We are sorry Mr. Riches, the Southern District of Texas in Houston, Case # H-03-90 has violated your 6th amendment rights by enhancing you millions of dollars in fraud losses not proven by a jury, admitted to, or in your indictment - we cannot accept you into the Olympics because U.S. District Judge Melinda Harmon violated your 6th amendment rights." This is discrimination and EEO violations.

### 4

Dec 10, 2005 - I swam across the English channel with Michael Phelps. I also ran 35 Badwater Marathons that night. I had to fight the Russian in Rocky V for training. I can also bicycle and write lawsuits at the same time on April 20, 2006

Defendants put me in Richie Valens plane

PAGE 3
Riches v. Olympics

## 5

Sep 11, 2001 - Defendants took my Gold medals, Boy scout trophy's, Swift boat courage, My speling bee medel. I ran across the Gobi desert w.thout water. I can run hurdles over the Great wall of china. Jewish Mossad can only catch me in my mind and thats on tuesdays. The triatholon champion - I did all night Identity theft runs, pumping out 10 western unions a hr, I went across the country with Andrew Cunannon. I'm suing Nowak in Orlando orange county.

I can shot put my cell mate 300 meters. I can prove I'm handicap, Just ask Mary Lou Reatton. Defendants took my passport and Identity so I can't travel to Beijing. I represent the country of Hackistan in a town called Fraudville. The olympics are afraid I will reunite with MAO and serious computer hackers from the 16th century.

Defendants discriminate against my past. I spent Juvenile time in Vision Quest Franklin PA mental facility, they forced me to sleep in teepee's and stress hike for days without food. I'm suing them soon too.

### TRO Restraining

Plaintiff is in serious Danger from Defendants. Lance Armstrongs bike transforms into a nuclear missle. Nukes pointed at me in all directions. My shadow runs from me. My cell mate leaves me alone in the cell. Bin Laden has a 5 billion dollar award for my head. Plaintiff moves for the cancel of the 2008 olympics to inspect the people. Scott Peterson is innocent. Plaintiff moves to leave Peterson and John Mark Karr alone. Defendants leave me alone. When I get out, I'm going to join the CIA Again. Delta force Agent Jonathan Lee Riches© the trained lawsuit writer of the universe armed with the 1st Amendment.

Respectfully

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Jonathan LEE Riches ©