Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Western District of Pennsylvania
Clerk of Court
700 Grant St.
Pittsburgh, PA 15219

1521 9$1906 0039

Dockets.Justia.com