IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JONATHAN LEE RICHES,                )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )    CIVIL ACTION NO 07-1237
                                    )
                                    )
INTERNATIONAL OLYMPIC COMMITTEE,    )
et al.,                             )
                                    )
      Defendants.                   )

                        O R D E R

        The papers in the above captioned matter will not be processed any
further for failure to comply with our Local Rules and/or practices.  The
papers are deficient in the following respects:

_____Failed to complete or sign paupers affidavit
_____Failed to submit complaint on proper 1983 forms, supplied by the Clerk
_____Failed to submit petition on proper 2254 forms, supplies by the Clerk
_____Failed to sign complaint
_____Failed to sign petition
_____Failed to furnish the correct number of copies of complaint and
accompanying pleadings, must submit original and a separate accurate copy for
each defendant of the papers
_____Failed to file separate petition for each conviction, attacking more than
one judgment
_____Failed to furnish correct number of copies of petition and accompanying
papers
_____ Failed to submit pleadings to the court on paper no larger that 8
1/2 x 11 inches
_____Failed to include certificate of authorized officer as to amount of
money and securities on deposit in prison account or proper affidavit of non-
compliance
_____Failed to attach certificate of service regarding supplemental pleadings,
after complaint or petition has been submitted and/or filed
_____Failed to attach a proper certificate of service; service is not made
upon the Clerk for distribution to the parties; this is the responsibility of
the moving party
_____Except by leave of Court, discovery material is no longer accepted
for filing according to Local Rule 5.3

**XXXX** OTHER: **IF YOU WISH TO PROCEED WITH THIS CIVIL RIGHTS ACTION, YOU MUST
INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND
PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE
PRISON BY OCTOBER 1, 2007.**

        For the foregoing reasons, these papers are not being processed any
further.  They will be processed  upon compliance with the Federal Rules of
Civil Procedure and the Local Rules of this Court.

        So ordered this 14st day of September, 2007.


                                    s/Francis X. Caiazza
                                    FRANCIS X. CAIAZZA
                                    UNITED STATE MAGISTRATE JUDGE

```
CC:
JONATHAN LEE RICHES 40948-018
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590
```