IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNATHAN LEE RICHES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1237 |
| | ) Magistrate Judge Caiazza |
| INTERNATIONAL OLYMPIC COMMITTEE | ) |
| et al., | ) |
| | ) |
| Defendant | ) |

### ORDER

The Plaintiff shall show good cause on or before **October 25, 2007** why this case should not be dismissed for failure to comply with this court's order dated September 14, 2007 (Doc. 2) which stated that:

> **IF YOU WISH TO PROCEED WITH THIS CIVIL RIGHTS ACTION, YOU MUST INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY OCTOBER 1, 2007.**

October 10, 2007

s/Francis X. Caiazza
FRANCIS X. CAIAZZA
U.S. Magistrate Judge

cc:
JONATHAN LEE RICHES, 40948-018
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590