IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNATHAN LEE RICHES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1237 |
| ) | Judge Lancaster |
| INTERNATIONAL OLYMPIC COMMITTEE) | Magistrate Judge Caiazza |
| et al., ) | |
| ) | |
| Defendant ) | |

### ORDER

AND NOW, this 26th day of October, 2007;

A order issued upon the Plaintiff to show good cause why this case should not be dismissed for failure to comply with this court's order dated September 14, 2007 (Doc. 2) which stated that:

> **IF YOU WISH TO PROCEED WITH THIS CIVIL RIGHTS ACTION, YOU MUST INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY OCTOBER 1, 2007.**

The show cause response was due by October 25, 2007. Having failed to show good cause, IT IS HEREBY ORDERED that this case is dismissed.

BY THE COURT:

*/s/ Gary L. Lancaster*
Gary L. Lancaster
U.S. District Court Judge

cc:
JONATHAN LEE RICHES, 40948-018
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590